473 So.2d 204 (1985)
Bryan F. JENNINGS, Appellant,
v.
STATE of Florida, Appellee.
No. 62600.
Supreme Court of Florida.
May 23, 1985.
Rehearing Denied August 16, 1985.
James B. Gibson, Public Defender and Christopher S. Quarles, Chief, Capital Appeals, Asst. Public Defender, Seventh Judicial Circuit, Daytona Beach, for appellant.
Jim Smith, Atty. Gen. and Richard W. Prospect, Asst. Atty. Gen., Daytona Beach, for appellee.
PER CURIAM.
In accordance with the recent United States Supreme Court order in Jennings v. Florida, ___ U.S. ___, 105 S.Ct. 1351, 84 L.Ed.2d 374 (1985), vacating our decision in this cause reported as Jennings v. State, 453 So.2d 1109 (Fla. 1984), we remand this cause to the trial court for a new trial in light of the United States Supreme Court decisions in Edwards v. Arizona, 451 U.S. 477, 101 S.Ct. 1880, 68 L.Ed.2d 378 (1981), Shea v. Louisiana, ___ U.S. ___, 105 S.Ct. 1065, 84 L.Ed.2d 38 (1985), and Smith v. Illinois, ___ U.S. ___, 105 S.Ct. 490, 83 L.Ed.2d 488 (1984).
It is so ordered.
BOYD, C.J., and ADKINS, OVERTON, ALDERMAN, McDONALD, EHRLICH and SHAW, JJ., concur.